1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW SWANSON,                              No C 06-2532 VRW

        Petitioner,

            v                          ORDER

DEE ADAMS, in his capacity
as Warden of the Corcoran State
Prison,

        Respondent.

_____/

      For good cause shown, the motion of petitioner Matthew

Swanson to hold his petition in abeyance pending exhaustion of

unexhausted claims in state court (Doc # 2) is GRANTED.

      The clerk is directed to close the file administratively,

subject to reopening upon petitioner's application at the conclusion

of the state court proceedings on his unexhausted claims.

      IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge